# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00599-CV

**Stephen R. Doroghazi, Cynthia Doroghazi, and Stephen P. Carrigan, Appellants**

**v.**

**Texas Austin Hotel Realty, Inc.; Interstate Management Company; Interstate Hotels and Resorts; Miriam Moorman, Hyatt Corporation; Chris Dixon; Preservation Assessment Services, LLC dba Agua Terra Assessments; Fine Family Corporation; Select Hotels Group, LLC; Fred Branovan; Camden Property Management; Camden Properties; Brown Trout Investments, Ltd.; Austin Suites, Ltd.; Aushi Ltd.; Z-K Real Estate; and SL Tuatara, Ltd., Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
### NO. D-1-GN-14-001682, HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The Clerk of this Court filed appellants' notice of appeal of "order of sanctions" on September 22, 2015. On September 29, 2015, the Clerk of this Court requested a response from appellants regarding the basis on which this Court may exercise jurisdiction over this interlocutory appeal. In response, appellants filed a notice of postponement of appeal, "notifying this Court of Appellants intent to pursue this appeal when ripe to do so."

Because we do not have jurisdiction over this interlocutory appeal, we dismiss it for want of jurisdiction. *See* Tex. R. App. P. 42.3(a); Tex. Civ. Prac. & Rem. Code § 51.014 (generally listing permitted interlocutory appeals).

_____
               Melissa Goodwin, Justice

Before Justices Puryear, Goodwin, and Bourland

Dismissed for Want of Jurisdiction

Filed:   October 9, 2015